IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00784-ZLW-PAC

ANDREA WOLFF-YAKUBOVICH,

    Plaintiff(s),

v.

AUTONATION, INC., and
JOHN ELWAY PONTIAC BUICK GMC SOUTH,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Plaintiff's Unopposed Motion for Extension of Expert Designation Deadlines [filed January 4, 2006; Doc. No. 31] is **GRANTED** as follows:

    Plaintiff's expert designation deadline is extended to **January 30, 2006.**

    Defendants' rebuttal expert designation deadline is extended to **March 1, 2006.**

    IT IS **FURTHER ORDERED** that Plaintiff's Unopposed Motion to Vacate and Reset Settlement Conference [filed January 4, 2006; Doc. No. 32] is **granted in part** and **denied in part** as follows:

    The Settlement Conference set for January 9, 2006 is **vacated.**  Counsel shall conference call the Court when they are ready to set a settlement conference.

Dated:  January 6, 2006