IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00784-ZLW-PAC

ANDREA WOLFF-YAKUBOVICH,

   Plaintiff(s),

v.

AUTONATION, INC., and
JOHN ELWAY PONTIAC BUICK GMC SOUTH,

   Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

   IT IS HEREBY **ORDERED** that Defendant's Unopposed Motion to Vacate and Reset Final Pretrial Conference [filed February 23, 2006; Doc. No. 44] is **GRANTED** as follows:

   The Final Pretrial Conference set for May 19, 2006 is *vacated and reset* to **June 30, 2006 at 11:00 a.m.**, in Courtroom A501.  The proposed Pretrial Order is due on or before **June 26, 2006.**

Dated:  February 24, 2006