IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-784-ZLW-PAC

ANDREA WOLFF-YAKUBOVICH,

    Plaintiff,

v.

AUTONATION, INC., and
JOHN ELWAY PONTIAC BUICK GMC SOUTH,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: May __10__, 2006

    Due to counsel's calendar conflict, it is ORDERED that the hearing on Defendants' Motion For Summary Judgment, previously set on Thursday, June 22, 2006, at 3:30 p.m., is reset on Thursday, July 6, 2006, at 2:00 p.m.  It is

    FURTHER ORDERED that Plaintiff's Motion To Exceed Page Limitation (Doc. No. 59) is granted, over objection.  The Court notes that Defendants' summary judgment brief was accepted for filing even though it exceeded the Court's page limit by three pages.[1]

---

[1] See Standards for Civil Motions posted under "Judicial Officers' Procedures" for Senior Judge Weinshienk on the Court's website at www.co.uscourts.gov.