IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-00784-ZLW-PAC

ANDREA WOLFF-YAKUBOVICH,

     Plaintiff,

v.

AUTONATION, INC., and
JOHN ELWAY PONTIAC BUICK GMC SOUTH,

     Defendants.

---

## ORDER

---

This matter was before the Court on July 6, 2006, for oral argument on Defendants' Motion For Summary Judgment.  The Court heard the arguments and statements of counsel, and made oral conclusions of law which are incorporated herein by reference as if fully set forth.  Accordingly, it is

ORDERED that Defendants' Motion For Summary Judgment (Doc. No. 54) is granted in part and denied in part.  It is

FURTHER ORDERED that the motion is granted as to the second, fourth, and fifth claims for relief, and those claims are dismissed with prejudice.  It is

FURTHER ORDERED that the motion is denied as to the first and third claims for relief.

DATED at Denver, Colorado, this __6__ day of July, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court