IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 05-cv-00784-ZLW-PAC

ANDREA WOLFF-YAKUBOVICH,

    Plaintiff,

v.

AUTONATION, INC., and
JOHN ELWAY PONTIAC BUICK GMC SOUTH,

    Defendants.

---

ORDER

---

    On June 26, 2006, the Court denied Plaintiff's Motion To Submit Sealed Exhibits In Support Of Plaintiff's Response To Defendants' Motion For Summary Judgment (Doc. No. 71) without prejudice. To date Plaintiff has not filed a renewed motion to seal. Accordingly, it is

    ORDERED that unless Plaintiff or another party files a motion to seal by July 28, 2006, setting forth compelling reasons to seal the exhibits pursuant to D.C.COLO.LCivR 7.2A, as set forth in the Amended Stipulated Protective Order Concerning Confidential Information, the exhibits shall be unsealed.

    DATED at Denver, Colorado, this   18   day of July, 2006.

                                           BY THE COURT

                                           _____

                                           ZITA L. WEINSHIENK, Senior Judge
                                           United States District Court