IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00784-ZLW-PAC

ANDREA WOLFF-YAKUBOVICH,

    Plaintiff(s),

v.

AUTONATION, INC., and
JOHN ELWAY PONTIAC BUICK GMC SOUTH,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Plaintiff's Unopposed Motion to File Amended Exhibit List to the Final Pretrial Order [filed October 2, 2006; Doc. No. 102] is **GRANTED**.

    The Revised Proposed Final Pretrial Order [tendered September 27, 2006; Doc. No 101] is made an order of the court this date.

Dated:  October 2, 2006