IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00784-ZLW-PAC

ANDREA WOLFF-YAKUBOVICH,

    Plaintiff(s),

v.

AUTONATION, INC., and
JOHN ELWAY PONTIAC BUICK GMC SOUTH,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

IT IS HEREBY **ORDERED** that Defendant's Unopposed Motion to Vacate and Reset Settlement Conference [filed January 23, 2007; Doc. No. 115] is **GRANTED** as follows:

The Settlement Conference set for January 24, 2007 is *vacated and reset* to **February 27, 2007 at 1:30 p.m.**

Confidential Settlement Statements are due on or before **February 22, 2007,** and should be e-mailed to the Magistrate Judge at Coan_Chambers@cod.uscourts.gov.

Confidential Settlement statements with attachments totaling over 15 pages shall be submitted to the Clerk's Office in an envelope labeled "Personal Materials" addressed to Magistrate Judge Patricia A. Coan.

***Counsel and parties with full authority to settle must be present.***

In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  January 23, 2007