IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-00784-ZLW-PAC

ANDREA WOLFF-YAKUBOVICH,

      Plaintiff,

v.

AUTONATION, INC., and
JOHN ELWAY PONTIAC BUICK GMC SOUTH,

      Defendants.

---

## ORDER

---

In consideration of the Minute Order entered on March 1, 2007, by Magistrate Judge O. Edward Schlatter, it is

ORDERED that the trial set on Monday, September 10, 2007, at 10:30 a.m. is vacated.  It is

FURTHER ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

FURTHER ORDERED that settlement papers shall be filed on or before March 16, 2007.  If by that date settlement papers have not been received by the Court, on March 23, 2007, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this __2__ day of March, 2007.

BY THE COURT

ZITA L. WEINSHIENK, Senior Judge
United States District Court