IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 05-cv-00784-ZLW-PAC

ANDREA WOLFF-YAKUBOVICH,

    Plaintiff,

v.

AUTONATION, INC., and
JOHN ELWAY PONTIAC BUICK GMC SOUTH,

    Defendants.

## ORDER OF DISMISSAL

Pursuant to and in accordance with this Court's Order dated March 2, 2007 (Doc. No. 125), it is

ORDERED that the Complaint and cause of action are dismissed without prejudice.

DATED at Denver, Colorado, this   17   day of April, 2007.

BY THE COURT

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court