IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-00784-ZLW-PAC

ANDREA WOLFF-YAKUBOVICH,

 Plaintiff,

v.

AUTONATION, INC., and
JOHN ELWAY PONTIAC BUICK GMC SOUTH,

 Defendants.

ORDER OF DISMISSAL WITH PREJUDICE

 The matter before the Court is a Stipulated Motion For Dismissal With Prejudice (Doc. No. 128), signed by the attorneys for the parties hereto.  In consideration thereof, it is

 ORDERED that the Stipulated Motion For Dismissal With Prejudice is granted, and the Complaint and cause of action are dismissed with prejudice, the parties to pay their own attorneys fees and costs.  It is

 FURTHER ORDERED that the Order Of Dismissal dated April 17, 2007 (Doc. No. 127, is vacated.

 DATED at Denver, Colorado, this __24__ day of April, 2007.

        BY THE COURT

        _[signature]_
        _____
        ZITA L. WEINSHIENK, Senior Judge
        United States District Court